**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MONREAL, ADAM | § | Case No. 11-19149-TAB |
| MONREAL, NORA | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 04, 2011. The undersigned trustee was appointed on January 14, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        76,010.50

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 87.22 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1] $ | 75,923.28 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/18/2016 and the deadline for filing governmental claims was 05/18/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,050.53. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,017.59, for a total compensation of $6,017.59.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/10/2016     By: /s/EUGENE CRANE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-19149-TAB  
**Case Name:** MONREAL, ADAM  
MONREAL, NORA  
**Period Ending:** 11/10/16

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 05/04/11 (f)  
**§341(a) Meeting Date:** 06/21/11  
**Claims Bar Date:** 05/18/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Asset Deleted from Debtor's Amended Schedules<br>  IMPORTED FROM DEBTORS ORIGINAL SCHEDULES,<br>8942 Meade Avenue; Imported from original petition Doc# 12 This property is NOT ON AMENDED SCHEDULES. According to Cook County Recorder of Deeds this property is owned by the Theresa Monreal Trust; NOT the Debtors | Unknown | 0.00 | | 0.00 | FA |
| 2 | 5862 N. Kolmar, Chicago, IL | 246,500.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on Hand<br>  Orig. Asset Memo: Orig. Description: 5862 N. Kolmar, Chicago, IL 60646; Imported from original petition Doc# 12 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | 5862 N. Kolmar address Furniture, TV<br>  Orig. Asset Memo: Orig. Description: 5862 N. Kolmar, Chicago, IL 60646<br>Furniture, TV, Computer; Imported from original petition Doc# 12 | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing located at 5862 N. Kolmar<br>  Orig. Asset Memo: Orig. Description: 5862 N. Kolmar, Chicago, IL 60646; Imported from original petition Doc# 12 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2002 Jeep Grand Cherokee<br>  Orig. Asset Memo: Orig. Description: 2002 Jeep Grand Cherokee; Imported from original petition Doc# 12 | 2,700.00 | 300.00 | | 0.00 | FA |
| 7 | One-sixth interest in Theresa P Monreal Trust  (u)<br>  Case reopened to administer this previously undisclosed asset. Objection to Exemption filed. | 334,455.00 | 0.00 | | 76,010.50 | FA |
| 8 | Monreal Investment Properties, LP  (u)<br>  FROM AMENDED SOFA | Unknown | 1.00 | | 0.00 | FA |
| 9 | M. Monreal Management Corp. 16% interest  (u)<br>  FROM AMENDED Schedules | 3,378.33 | 3,378.33 | | 0.00 | FA |
| 10 | Engagement Ring  (u) | 3,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-19149-TAB  **Trustee:** (330350) EUGENE CRANE
**Case Name:** MONREAL, ADAM  **Filed (f) or Converted (c):** 05/04/11 (f)
MONREAL, NORA  **§341(a) Meeting Date:** 06/21/11
**Period Ending:** 11/10/16  **Claims Bar Date:** 05/18/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 11  MB Financial Checking Account XXXX3287 (u) | 1,339.44 | 0.00 | | 0.00 | FA |
| 12  MB Financial Checking Account XXXX7361 (u) | 1,459.98 | 0.00 | | 0.00 | FA |
| 13  IRA Account (u) | 102,701.70 | 0.00 | | 0.00 | FA |
| 14  Pension (u) | 18,964.00 | 0.00 | | 0.00 | FA |
| 15  Domestic Support Nora Monreal (u) | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 16  State of IL Life Insurance (u) | 92,000.00 | 0.00 | | 0.00 | FA |
| 17  FOID Illinois License (u)  Added to Amended Schedules; value is unknown | Unknown | 1.00 | | 0.00 | FA |
| 18  Illinois Law License (u)  On Amended Schedules; no value | Unknown | 1.00 | | 0.00 | FA |
| **18  Assets  Totals** (Excluding unknown values) | **$808,698.45** | **$4,881.33** | | **$76,010.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/13/2016: TFR sent to UST for review (dk)
08/31/2016: Settlement Order entered; Debtor will forward appox. $76,000.00 (dk)
07/21/2016: Debtor's attorney filed objection to claims filed, Judge overruled all objections (dk)
07/19/2016:  Order entered denying debtor's exemptions;  Request for T/O hearing cont'd 08/17, Trustee's reply in support due by Aug 3rd (dk)
03/31/2016: Objection to Exemptions and Request for Turnover filed, hearing was continued. (dk)
02/17/2016: Order entered employing CHSW&C (dk)
01/14/2016:  Case re-opened by Debtor's attorney to administer undisclosed asset (dk)

NA filed 08/19/2011 and case closed.

**Initial Projected Date Of Final Report (TFR):**      December 31, 2017       **Current Projected Date Of Final Report (TFR):**      December 31, 2017

Printed: 11/10/2016 12:55 PM    V.13.28

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-19149-TAB  
**Case Name:** MONREAL, ADAM  
MONREAL, NORA  
**Taxpayer ID #:** **-***5790  
**Period Ending:** 11/10/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/16 | {7} | Golan & Christie, LLP | Settlement on Trustee's interest in proceeds from undisclosed inheritance (interest in T.Monreal Trust) per Court Order 08/31/2016 | 1229-000 | 76,010.50 | | 76,010.50 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.22 | 75,923.28 |
| | | | **ACCOUNT TOTALS** | | 76,010.50 | 87.22 | **$75,923.28** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 76,010.50 | 87.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$76,010.50** | **$87.22** | |

| | Net Receipts : | 76,010.50 |
|---|---|---|
| | Net Estate : | $76,010.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8666** | 76,010.50 | 87.22 | 75,923.28 |
| | $76,010.50 | $87.22 | $75,923.28 |

{} Asset reference(s)

# Claims Proposed Distribution

## Case: 11-19149-TAB   MONREAL, ADAM

**Case Balance:** $75,923.28    **Total Proposed Payment:** $75,923.28    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 261.98 | 205.10 | 0.00 | 205.10 | 205.10 | 75,718.18 |
|  | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | **Claim Memo:**  Reduced amount per Court Order entered on 08/31/2016 | | | | | | | |
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 15,797.50 | 14,436.00 | 0.00 | 14,436.00 | 14,436.00 | 61,282.18 |
|  | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | **Claim Memo:**  Reduced amount per Court Order entered on 08/31/2016 | | | | | | | |
|  | EUGENE CRANE | Admin Ch. 7 | 7,050.53 | 6,017.59 | 0.00 | 6,017.59 | 6,017.59 | 55,264.59 |
|  | <2100-00   Trustee Compensation> | | | | | | | |
|  | **Claim Memo:**  Reduced amount per Court Order entered on 08/31/2016 | | | | | | | |
| 1 | Quantum3 Group LLC as agent for | Unsecured | 3,605.27 | 3,605.27 | 0.00 | 3,605.27 | 3,605.27 | 51,659.32 |
| 2 | Quantum3 Group LLC as agent for | Unsecured | 1,047.77 | 1,047.77 | 0.00 | 1,047.77 | 1,047.77 | 50,611.55 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 22,009.00 | 22,009.00 | 0.00 | 22,009.00 | 22,009.00 | 28,602.55 |
| 4 | Chase Bank USA, N.A. | Unsecured | 23,562.50 | 23,562.50 | 0.00 | 23,562.50 | 23,562.50 | 5,040.05 |
| 5 | AMERICAN EXPRESS BANK, FSB | Unsecured | 304.64 | 304.64 | 0.00 | 304.64 | 304.64 | 4,735.41 |
| 6 | AMERICAN EXPRESS BANK, FSB | Unsecured | 230.93 | 230.93 | 0.00 | 230.93 | 230.93 | 4,504.48 |
| 7 | AMERICAN EXPRESS CENTURION BANK | Unsecured | 3,926.05 | 3,926.05 | 0.00 | 3,926.05 | 3,926.05 | 578.43 |
| 1I | Quantum3 Group LLC as agent for | Unsecured | 44.94 | 44.94 | 0.00 | 44.94 | 38.14 | 540.29 |
| 2I | Quantum3 Group LLC as agent for | Unsecured | 13.06 | 13.06 | 0.00 | 13.06 | 11.08 | 529.21 |
| 3I | Capital One Bank (USA), N.A. | Unsecured | 274.33 | 274.33 | 0.00 | 274.33 | 232.79 | 296.42 |
| 4I | Chase Bank USA, N.A. | Unsecured | 293.70 | 293.70 | 0.00 | 293.70 | 249.23 | 47.19 |
| 5I | AMERICAN EXPRESS BANK, FSB | Unsecured | 3.80 | 3.80 | 0.00 | 3.80 | 3.22 | 43.97 |
| 6I | AMERICAN EXPRESS BANK, FSB | Unsecured | 2.88 | 2.88 | 0.00 | 2.88 | 2.44 | 41.53 |
| 7I | AMERICAN EXPRESS CENTURION BANK | Unsecured | 48.94 | 48.94 | 0.00 | 48.94 | 41.53 | 0.00 |

# Claims Proposed Distribution

## Case:  11-19149-TAB    MONREAL, ADAM

**Case Balance:** $75,923.28     **Total Proposed Payment:** $75,923.28     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 11-19149 :** | | **$78,477.82** | **$76,026.50** | **$0.00** | **$76,026.50** | **$75,923.28** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $23,110.01 | $20,658.69 | $0.00 | $20,658.69 | 100.000000% |
| **Total Unsecured Claims :** | $55,367.81 | $55,367.81 | $0.00 | $55,264.59 | 99.813574% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                        Exhibit D

Case No.: 11-19149-TAB
Case Name: MONREAL, ADAM
Trustee Name: EUGENE CRANE

**Balance on hand:**                  $   75,923.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   75,923.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 6,017.59 | 0.00 | 6,017.59 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 14,436.00 | 0.00 | 14,436.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 205.10 | 0.00 | 205.10 |

Total to be paid for chapter 7 administration expenses:   $   20,658.69
Remaining balance:   $   55,264.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   55,264.59

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 55,264.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,686.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 3,605.27 | 0.00 | 3,605.27 |
| 2 | Quantum3 Group LLC as agent for | 1,047.77 | 0.00 | 1,047.77 |
| 3 | Capital One Bank (USA), N.A. | 22,009.00 | 0.00 | 22,009.00 |
| 4 | Chase Bank USA, N.A. | 23,562.50 | 0.00 | 23,562.50 |
| 5 | AMERICAN EXPRESS BANK, FSB | 304.64 | 0.00 | 304.64 |
| 6 | AMERICAN EXPRESS BANK, FSB | 230.93 | 0.00 | 230.93 |
| 7 | AMERICAN EXPRESS CENTURION BANK | 3,926.05 | 0.00 | 3,926.05 |

| | Total to be paid for timely general unsecured claims: | $ 54,686.16 |
|---|---|---|
| | Remaining balance: | $ 578.43 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 578.43 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 578.43 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $578.43. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

**UST Form 101-7-TFR (05/1/2011)**