IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Adam Monreal | ) | Case No. 11-19149 |
| Nora Monreal, | ) | Chapter 7 |
|     Debtors. | ) | Judge Timothy A. Barnes |
| | ) | |

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served electronically and/or via First Class U.S. mail, postage pre-paid, to the names and addresses listed on the attached Service List on the 21st day of November 2016, before the hour of 5:00 p.m.

                                                                 /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties served through the Court's Electronic Notice for Registrants*:
United States Trustee
219 S. Dearborn St., #873
Chicago, IL 60604

Robert R. Benjamin
Golan & Christie, LLP
70 W. Madison St., Suite 1500
Chicago, IL 60602

Al-Haroon Husain
Himont Law Group, Ltd.
15 N. Northwest Hwy.
Park Ridge, IL 60068

Quantum3 Group LLC
MOMA Funding LLC
c/o Cari A. Kauffman
Sorman & Frankel, Ltd.
180 N. LaSalle St., Suite 2700
Chicago, IL 60601

Chrysler Financial Services
Americas LLC
c/o Riezman Berger PC
Kathryn Klein
7700 Bonhomme, 7th Floor
St. Louis, MO 63105

Hudson City Savings Bank
c/o Clay Mosberg
P.O. Box 3216
Naperville, IL 60566-9713

American Express Centurion Bank
c/oDavid L. Freidberg
Law Office of David L. Friedberg, PC
1954 First St., Suite 164
Highland Park, IL 60035

Capital One Bank by American Infosource
c/o Jennifer M. Rinn
Kropik, Papuga & Shaw
120 S. LaSalle St., #1920
Chicago, IL 60603

*Parties served via U.S. Mail:*
Adam & Nora Monreal
5862 N. Kolmar
Chicago, IL 60646

Eric W. Flynn
Hunton & Williams, LLP
1445 Ross Ave., Suite 3700
Dallas, TX 75202

Capital One Bank
P.O. Box 71083
Charlotte NC 28272-1083

American Express Bank, FSB
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355

Americas Servicing Co.
100 S. Prospect, Suite 9
Park Ridge, IL 60068-4057

Americollect, Inc.
c/o Peoples Gas
130 E. Randolph
Chicago, IL 60601-6207

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Cach LLC
c/o HSBC Bank Nevada NA
PO Box 98706
Las Vegas, NV 89193-8706

Cap One
11013 W. Broad Street
Glen Allen, VA 23060-6017

Chase
201 Walnut Avenue
Wilmington, DE 19801-2920

Chrysler Financial
27777 Inkster Road
Farmington Hills, MI 48334-5326

Citibank NA
PO Box 6500
Sioux Falls, SD 57117-6500

Chase Bank USA, N.A.
Attn: Corres. Dept.
P.O. Box 15298
Wilmington, DE 19850

Enhanced Recovery Co.
c/o AT&T
10550 Deerwood Park
Jacksonville, FL 32256-0596

GEMB/SAMS
2323 N. Central Exp., Suite 200
Richardson, TX 75080-2712

Quantum3 Group LLC
MOMA Funding LLC
P.O. Box 788
Kirkland, WA 98083

THD/CBSD
PO Box 9714
Gray, TN 37615-9714

WFNNB/ RMPL
PO Box 182273
Columbus, OH 43218-2273