# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MONREAL, ADAM | § | Case No. 11-19149-TAB |
| MONREAL, NORA | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $474,243.45
*(without deducting any secured claims)*

Assets Exempt:  $590,698.45

Total Distribution to Claimants: $55,264.59

Claims Discharged
Without Payment: $48,083.22

Total Expenses of Administration: $20,745.91

---

3)  Total gross receipts of $       76,010.50     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2**), yielded net receipts of  $76,010.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $387,099.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,197.23 | 20,745.91 | 20,745.91 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,241.00 | 55,367.81 | 55,367.81 | 55,264.59 |
| **TOTAL DISBURSEMENTS** | $483,340.00 | $78,565.04 | $76,113.72 | $76,010.50 |

4)  This case was originally filed under Chapter 7 on May 04, 2011.
The case was pending for 70 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2017_____   By: _/s/EUGENE CRANE_____
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| One-sixth interest in Theresa P Monreal Trust | 1229-000 | 76,010.50 |
| **TOTAL GROSS RECEIPTS** | | $76,010.50 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | America's Servicing Co. | 4110-000 | 319,458.00 | N/A | N/A | 0.00 |
| NOTFILED | CITIBANK, NA | 4110-000 | 57,033.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler | 4210-000 | 10,608.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $387,099.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - EUGENE CRANE | 2100-000 | N/A | 7,050.53 | 6,017.59 | 6,017.59 |
| Attorney for Trustee Fees (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 15,797.50 | 14,436.00 | 14,436.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 261.98 | 205.10 | 205.10 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.22 | 87.22 | 87.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,197.23 | $20,745.91 | $20,745.91 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 3,605.27 | 3,605.27 | 3,605.27 |
| 1I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 44.94 | 44.94 | 38.14 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,047.77 | 1,047.77 | 1,047.77 |
| 2I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 13.06 | 13.06 | 11.08 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 20,773.00 | 22,009.00 | 22,009.00 | 22,009.00 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 274.33 | 274.33 | 232.79 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 23,562.00 | 23,562.50 | 23,562.50 | 23,562.50 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 293.70 | 293.70 | 249.23 |
| 5 | AMERICAN EXPRESS BANK, FSB | 7100-000 | N/A | 304.64 | 304.64 | 304.64 |
| 5I | AMERICAN EXPRESS BANK, FSB | 7990-000 | N/A | 3.80 | 3.80 | 3.22 |
| 6 | AMERICAN EXPRESS BANK, FSB | 7100-000 | N/A | 230.93 | 230.93 | 230.93 |
| 6I | AMERICAN EXPRESS BANK, FSB | 7990-000 | N/A | 2.88 | 2.88 | 2.44 |
| 7 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 3,926.00 | 3,926.05 | 3,926.05 | 3,926.05 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7I | AMERICAN EXPRESS CENTURION BANK | 7990-000 | N/A | 48.94 | 48.94 | 41.53 |
| NOTFILED | Chase | 7100-000 | 3,275.00 | N/A | N/A | 0.00 |
| NOTFILED | THD/CBSD | 7100-000 | 917.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 11,504.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/SAMS | 7100-000 | 2,904.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 17,348.00 | N/A | N/A | 0.00 |
| NOTFILED | THD/CBSD | 7100-000 | 6,836.00 | N/A | N/A | 0.00 |
| NOTFILED | Burearocov | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Col | 7100-000 | 366.00 | N/A | N/A | 0.00 |
| NOTFILED | Americollect, Inc. | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/RMPL | 7100-000 | 3,601.00 | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC | 7100-000 | 827.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $96,241.00 | $55,367.81 | $55,367.81 | $55,264.59 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 11-19149-TAB |
| Case Name: | MONREAL, ADAM |
| | MONREAL, NORA |
| Period Ending: 03/09/17 | |

| | |
|---|---|
| Trustee: | (330350)    EUGENE CRANE |
| Filed (f) or Converted (c): | 05/04/11 (f) |
| §341(a) Meeting Date: | 06/21/11 |
| Claims Bar Date: | 05/18/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Asset Deleted from Debtor's Amended Schedules<br>  IMPORTED FROM DEBTORS ORIGINAL<br>SCHEDULES,<br>8942 Meade Avenue; Imported from original petition<br>Doc# 12 This property is NOT ON AMENDED<br>SCHEDULES. According to Cook County Recorder of<br>Deeds this property is owned by the Theresa Monreal<br>Trust; NOT the Debtors | Unknown | 0.00 | | 0.00 | FA |
| 2 | 5862 N. Kolmar, Chicago, IL | 246,500.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on Hand<br>  Orig. Asset Memo: Orig. Description: 5862 N.<br>Kolmar, Chicago, IL 60646; Imported from original<br>petition Doc# 12 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | 5862 N. Kolmar address Furniture, TV<br>  Orig. Asset Memo: Orig. Description: 5862 N.<br>Kolmar, Chicago, IL 60646<br>Furniture, TV, Computer; Imported from original<br>petition Doc# 12 | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing located at 5862 N. Kolmar<br>  Orig. Asset Memo: Orig. Description: 5862 N.<br>Kolmar, Chicago, IL 60646; Imported from original<br>petition Doc# 12 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2002 Jeep Grand Cherokee<br>  Orig. Asset Memo: Orig. Description: 2002 Jeep<br>Grand Cherokee; Imported from original petition Doc#<br>12 | 2,700.00 | 300.00 | | 0.00 | FA |
| 7 | One-sixth interest in Theresa P Monreal Trust (u)<br>  Case reopened to administer this previously<br>undisclosed asset.  Objection to Exemption filed. | 334,455.00 | 0.00 | | 76,010.50 | FA |
| 8 | Monreal Investment Properties, LP (u)<br>  FROM AMENDED SOFA | Unknown | 1.00 | | 0.00 | FA |
| 9 | M. Monreal Management Corp. 16% interest (u)<br>  FROM AMENDED Schedules | 3,378.33 | 3,378.33 | | 0.00 | FA |
| 10 | Engagement Ring (u) | 3,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-19149-TAB | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** MONREAL, ADAM | **Filed (f) or Converted (c):** 05/04/11 (f) |
| MONREAL, NORA | **§341(a) Meeting Date:** 06/21/11 |
| **Period Ending:** 03/09/17 | **Claims Bar Date:** 05/18/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | MB Financial Checking Account XXXX3287 (u) | 1,339.44 | 0.00 | | 0.00 | FA |
| 12 | MB Financial Checking Account XXXX7361 (u) | 1,459.98 | 0.00 | | 0.00 | FA |
| 13 | IRA Account (u) | 102,701.70 | 0.00 | | 0.00 | FA |
| 14 | Pension (u) | 18,964.00 | 0.00 | | 0.00 | FA |
| 15 | Domestic Support Nora Monreal (u) | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 16 | State of IL Life Insurance (u) | 92,000.00 | 0.00 | | 0.00 | FA |
| 17 | FOID Illinois License (u)<br>Added to Amended Schedules; value is unknown | Unknown | 1.00 | | 0.00 | FA |
| 18 | Illinois Law License (u)<br>On Amended Schedules; no value | Unknown | 1.00 | | 0.00 | FA |
| **18** | **Assets  Totals** (Excluding unknown values) | **$808,698.45** | **$4,881.33** | | **$76,010.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/21/2016: Final Hearing set for 01/03/2017; J-Barnes (dk)

11/16/2016: UST filed Final Report (dk)

10/13/2016: TFR sent to UST for review (dk)

08/31/2016: Settlement Order entered; Debtor will forward appox. $76,000.00 (dk)

07/21/2016: Debtor's attorney filed objection to claims filed, Judge overruled all objections (dk)

07/19/2016:  Order entered denying debtor's exemptions;  Request for T/O hearing cont'd 08/17, Trustee's reply in support due by Aug 3rd (dk)

03/31/2016: Objection to Exemptions and Request for Turnover filed, hearing was continued. (dk)

02/17/2016: Order entered employing CHSW&C (dk)

01/14/2016:  Case re-opened by Debtor's attorney to administer undisclosed asset (dk)

NA filed 08/19/2011 and case closed.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2017 | **Current Projected Date Of Final Report (TFR):** | November 16, 2016  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-19149-TAB | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** MONREAL, ADAM | **Bank Name:** Rabobank, N.A. |
| MONREAL, NORA | **Account:** ******8666 - Checking Account |
| **Taxpayer ID #:** **-***5790 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 03/09/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/16 | {7} | Golan & Christie, LLP | Settlement on Trustee's interest in proceeds from undisclosed inheritance (interest in T.Monreal Trust) per Court Order 08/31/2016 | 1229-000 | 76,010.50 | | 76,010.50 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.22 | 75,923.28 |
| 01/03/17 | 101 | EUGENE CRANE | Dividend paid 100.00% on $6,017.59, Trustee Compensation;  Reference: | 2100-000 | | 6,017.59 | 69,905.69 |
| 01/03/17 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $14,436.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 14,436.00 | 55,469.69 |
| 01/03/17 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $205.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 205.10 | 55,264.59 |
| 01/03/17 | 104 | Quantum3 Group LLC | Dividend paid 100.00% on $3,605.27; Claim# 1; Filed: $3,605.27; Reference: xxxx1259 Comenity Bank-Harlem Furniture | 7100-000 | | 3,605.27 | 51,659.32 |
| 01/03/17 | 105 | Quantum3 Group LLC | Dividend paid 100.00% on $1,047.77; Claim# 2; Filed: $1,047.77; Reference: xxxx4555, HSBC Bank/Best Buy | 7100-000 | | 1,047.77 | 50,611.55 |
| 01/03/17 | 106 | Capital One Bank (USA), N.A. by American InfoSource as agent | Dividend paid 100.00% on $22,009.00; Claim# 3; Filed: $22,009.00; Reference no..: xxxx8488 | 7100-000 | | 22,009.00 | 28,602.55 |
| 01/03/17 | 107 | Chase Bank USA, N.A. | Dividend paid 100.00% on $23,562.50; Claim# 4; Filed: $23,562.50; Reference:xxxx3356 | 7100-000 | | 23,562.50 | 5,040.05 |
| 01/03/17 | 108 | AMERICAN EXPRESS BANK, FSB | Dividend paid 100.00% on $304.64; Claim# 5; Filed: $304.64; Reference: xxxx1004 | 7100-000 | | 304.64 | 4,735.41 |
| 01/03/17 | 109 | AMERICAN EXPRESS BANK, FSB | Dividend paid 100.00% on $230.93; Claim# 6; Filed: $230.93; Reference: xxxx1002 | 7100-000 | | 230.93 | 4,504.48 |
| 01/03/17 | 110 | AMERICAN EXPRESS CENTURION BANK | Dividend paid 100.00% on $3,926.05; Claim# 7; Filed: $3,926.05; Reference: xxxx1002 | 7100-000 | | 3,926.05 | 578.43 |
| 01/03/17 | 111 | Quantum3 Group LLC | Dividend paid  84.85% on $44.94; INTEREST ON Claim# 1; Filed: $44.94; Reference: xxxx1259 - Comenity Bank Harlem Furniture | 7990-000 | | 38.14 | 540.29 |
| 01/03/17 | 112 | Quantum3 Group LLC | Dividend paid  84.85% on $13.06; INTEREST ON Claim# 2; Filed: $13.06; Reference: xxxx4555, HSBC Bank/Best Buy | 7990-000 | | 11.08 | 529.21 |
| 01/03/17 | 113 | Capital One Bank (USA), N.A. by American InfoSource as agent | Dividend paid  84.85% on $274.33; INTEREST ON Claim# 3; Filed: $274.33; Reference: xxxx8488 | 7990-000 | | 232.79 | 296.42 |
| 01/03/17 | 114 | Chase Bank USA, N.A. | Dividend paid  84.85% on $293.70; INTEREST ON Claim# 4 ; Filed: $293.70; | 7990-000 | | 249.23 | 47.19 |
| | | | Subtotals : | | $76,010.50 | $75,963.31 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-19149-TAB |
| **Case Name:** | MONREAL, ADAM |
| | MONREAL, NORA |
| **Taxpayer ID #:** | **-***5790 |
| **Period Ending:** | 03/09/17 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | *****8666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference:XXXX3356 | | | | |
| 01/03/17 | 115 | AMERICAN EXPRESS BANK, FSB | Dividend paid 84.85% on $3.80; INTEREST ON Claim# 5; Filed: $3.80; Reference: xxxx1004 | 7990-000 | | 3.22 | 43.97 |
| 01/03/17 | 116 | AMERICAN EXPRESS BANK, FSB | Dividend paid 84.85% on $2.88; INTEREST ON Claim# 6; Filed: $2.88; Reference: xxxx1002 | 7990-000 | | 2.44 | 41.53 |
| 01/03/17 | 117 | AMERICAN EXPRESS CENTURION BANK | Dividend paid 84.85% on $48.94; INTEREST ON Claim# 7; Filed: $48.94; Reference:xxxx1002 | 7990-000 | | 41.53 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 76,010.50 | 76,010.50 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 76,010.50 | 76,010.50 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $76,010.50 | $76,010.50 | |

| | |
|---|---|
| Net Receipts : | 76,010.50 |
| Net Estate : | $76,010.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # *****8666** | **76,010.50** | **76,010.50** | **0.00** |
| | $76,010.50 | $76,010.50 | $0.00 |